## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

**OCT 1 1 2018**

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| KRISHNA MOHAN, | § | **18 CR 610** |
| Defendant. | § | |

## INFORMATION

The UNITED STATES ATTORNEY charges that:

1.     Beginning in or around March 2012 and continuing through in or around March 2014, in the Southern District of Texas and elsewhere,

### KRISHNA MOHAN,

the defendant, did willfully, that is, with the intent to further the objects of the conspiracy, knowingly combine, conspire, confederate, and agree with others known and unknown to commit certain offenses against the United States, that is:

a.     wire fraud, that is, to knowingly and with the intent to defraud, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343;

b.     commodities fraud, that is, to knowingly and with the intent to defraud, execute and attempt to execute a scheme and artifice to defraud a person in connection with a commodity for future delivery, and to obtain, by means of materially false and fraudulent

-1-

pretenses, representations, and promises, money and property in connection with the purchase and sale of a commodity for future delivery, that is, E-Mini Dow futures contracts, E-Mini NASDAQ 100 ("E-Mini NASDAQ") futures contracts, and E-Mini S&P 500 ("E-Mini S&P") futures contracts, in violation of Title 18, United States Code, Section 1348; and

    c.  spoofing, that is, to knowingly engage in trading, practice, and conduct, on and subject to the rules of registered entities, namely the Chicago Mercantile Exchange ("CME") and the Chicago Board of Trade ("CBOT"), that was "spoofing," that is, bidding and offering with the intent, at the time the bid and offer were entered, to cancel the bid and offer before execution, in violation of Title 7, United States Code, Sections 6c(a)(5)(C) and 13(a)(2).

### Purpose of the Conspiracy

  2.  It was the purpose of the conspiracy for MOHAN and his co-conspirators to deceive other market participants by injecting materially false and misleading information into the E-Mini Dow, E-Mini NASDAQ, and E-Mini S&P futures contracts markets that indicated increased supply or demand in order to induce market participants to buy or to sell futures contracts at prices, quantities, and times that the market participants likely would not have otherwise, in order to make money and avoid losses for MOHAN, his co-conspirators, and Trading Firm A.

### Manner and Means of the Conspiracy

  3.  It was part of the conspiracy that MOHAN and his co-conspirators used the following manners and means:

    a.  During and in furtherance of the conspiracy, MOHAN and his co-conspirators, including Trader 1 and Trader 2, in order to make money for themselves

and for Trading Firm A, and acting within the scope of their employment at Trading Firm A, placed and caused to be placed electronic trading orders to buy or to sell E-Mini Dow, E-Mini NASDAQ, and E-Mini S&P futures contracts that MOHAN and his co-conspirators intended, at the time the orders were placed, to cancel before execution (the "Fraudulent Orders").

      b.     At all times during and in furtherance of the conspiracy, MOHAN (i) was an employee of Trading Firm A, (ii) acted with the intent, at least in part, to benefit Trading Firm A, and (iii) acted within the scope of his authority and employment at Trading Firm A.

      c.     The Fraudulent Orders were placed on the CME and CBOT, through the CME Group's electronic trading platform.

      d.     In placing the Fraudulent Orders, MOHAN and his co-conspirators intended to deceive other market participants by injecting materially false and misleading information into the markets for E-Mini Dow, E-Mini NASDAQ, and E-Mini S&P futures contracts that indicated increased supply or demand, all in order to induce market participants to buy or to sell futures contracts at prices, quantities, and times that the market participants likely would not have otherwise, in order make money and avoid losses for MOHAN, his co-conspirators, and Trading Firm A.

      e.     The Fraudulent Orders caused wire communications that traveled in interstate commerce because the conspirators executed such wire communications from locations outside of Illinois, which ultimately traveled to Trading Firm A's servers, and the CME Group's servers, located in the Northern District of Illinois.   The information

conveyed in these wires was then transmitted via interstate wire to market participants located in, among other places, the Southern District of Texas.

### Overt Acts

4.      In furtherance of the conspiracy and to effect its unlawful objects, MOHAN committed and caused to be committed, in the Southern District of Texas and elsewhere, the following overt acts, among others:

a.      On or about December 11, 2013, at approximately 3:34:15.001 a.m. Central Time, MOHAN placed a Fraudulent Order to buy 40 E-Mini NASDAQ futures contracts at the price of $3,508.75;

b.      On or about December 11, 2013, at approximately 3:34:15.135 a.m. Central Time, MOHAN placed a Fraudulent Order to buy 40 E-Mini NASDAQ futures contracts at the price of $3,508.75; and

c.      On or about December 11, 2013, at approximately 3:34:15.783 a.m. Central Time, MOHAN placed a Fraudulent Order to buy 40 E-Mini NASDAQ futures contracts at the price of $3,509.00.

All in violation of Title 18, United States Code, Section 371.


SANDRA MOSER                                    RYAN K. PATRICK
Acting Chief, Fraud Section                     United States Attorney


By: _____          By: _____
MARK CIPOLLETTI                                 JOHN LEWIS
JEFF LE RICHE                                    Assistant United States Attorney
MATTHEW F. SULLIVAN                        Southern District of Texas
Trial Attorneys
Fraud Section
U.S. Department of Justice