United States District Court
Southern District of Texas
**ENTERED**
December 20, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-18-610 |
| | § | |
| KRISHNA MOHAN | § | |

**ORDER ACCEPTING GUILTY PLEA**

Before the Court is the report of the United States Magistrate Judge and her recommendation that this Court accept the guilty plea of Krishna Mohan, the named Defendant in the above-styled and numbered cause, and adjudge him guilty of the offense as charged in Count 1 of the Information charging him with conspiracy to commit wire fraud, commodities fraud and spoofing, in violation of 18 U.S.C. § 371. No objections have been filed to the Report and Recommendation of the Magistrate Judge.

Having given the matter of Mohan's re-arraignment de novo review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is of the opinion that the Report and Recommendation of the Magistrate Judge is supported by the record and it is hereby ACCEPTED by this Court.

Accordingly, it is the finding of this court that the Defendant, Krishna Mohan, is fully competent and capable of entering an informed plea, that he is aware of the nature of the charge made against him and the consequences of his plea, and that his plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense with which he is charged.

It is, therefore, ORDERED that the Guilty Plea of Krishna Mohan to Count 1 of the Information, entered before the United States Magistrate Judge on November 6, 2018, be ACCEPTED by this Court and the Defendant, Krishna Mohan, is now ADJUDGED GUILTY of the offense of conspiracy to commit wire fraud, commodities fraud and spoofing, in violation of 18 U.S.C. § 371.

Signed at Houston, Texas on December 18, 2018.

                                              Gray H. Miller
                                              United States District Judge