UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. 4:18-cr-610 |
| | § | |
| KRISHNA MOHAN, | § | Hon. Gray H. Miller |
|     Defendant. | § | |

## ORDER

The UNITED STATES OF AMERICA having moved this Court, without opposition from the defendant, to continue the defendant's sentencing date, which is currently scheduled for August 22, 2019, for an additional period of six months.

IT IS HEREBY ORDERED THAT the Second Consent Motion to Continue Sentencing Date is GRANTED and the defendant's sentencing date is reset for February __, 2020.

                                          SO ORDERED:

                                          _____
                                          Hon. Gray H. Miller
                                          United States District Judge

DATE: May ___, 2019