UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION H-18-610 |
| § | |
| KRISHNA MOHAN *on bond* § | |

## Order

Defendant's unopposed motion for continuance (Dkt. 34) is GRANTED. It is therefore ORDERED that the sentencing of the defendant is reset as follows:

1. The presentence investigation reports will be available to the defendant by July 17, 2020.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by July 31, 2020.

3. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by August 14, 2020.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencing will be held on August 18, 2020 at 10:00 a.m.

Signed at Houston, Texas on January 17, 2019.

_____
Gray H. Miller
Senior United States District Judge