# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:18–cr–00610

Krishna Mohan

# NOTICE OF RESETTING

**A proceeding has been reset in this case as to Krishna Mohan as set forth below.**

**Before the Honorable Gray H Miller**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/8/2021

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date: June 3, 2021                                                                 Nathan Ochsner, Clerk